A. Holmes against the appellees, Sarah J. Peak and others, and sought to have set aside several conveyances which were executed by Mary A. Holmes, the wife of W. B. Holmes, to the said Sarah J. Peak, and to charge the defendant, Sarah J. Peak, with all the personal property which the said W. B. Holmes and Sarah J. Holmes had. The chancellor decreed that the complainants were not entitled to the relief prayed for and ordered the bill dismissed. Affirmed.

Opinion by HEAD, J.

---

## Hardin v. The State.

APPEAL from Escambia Circuit Court.

Tried before the Hon. JOHN R. TYSON.

JOHN D. BURNETT, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the second degree. Reversed and remanded.

Opinion by HARALSON, J.

---

## The State of Alabama v. Wilson.

APPEAL from Talladega City Court.

Tried before the Hon. JOHN W. BISHOP.

W. C. FITTS, Attorney-General, for the State.

KNOX, BOWIE & DIXON, for appellee.

The appeal in this case was taken by the State of

Alabama from a judgment rendered by the city court of Talladega, dismissing a criminal prosecution against the appellee, Andy Wilson.   Appeal dismissed.

PER CURIAM.

---

## Levi, Newberger & Co. v. Brake.

APPEAL from Birmingham City Court.

Tried before the Hon. H. A. SHARPE.

GARRETT & UNDERWOOD, for appellants.

NOBLE SMITHSON and CABANISS & WEAKLEY, *contra*.

This action was brought by the appellants against the appellee, and sought to recover a sum alleged to be due on an account for goods sold by plaintiff to defendant. There was judgment for the defendant.   Affirmed.

Opinion by McCLELLAN, J.

---

## Blanchard, Humber & Co. v. Gregory.

APPEAL from Russell Circuit Court.

Tried before the Hon. J. M. CARMICHAEL.

SMITH & HENRY, for appellants.

No counsel marked as appearing for appellee.

This was an action of trover, brought by the appellee against the appellant.   There was judgment for the plaintiff; the defendant appeals.   Reversed and remanded.

Opinion by HEAD, J.